UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENZIL E. MCKATHAN,

    *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    *Defendants*.

Civil Action No. 22-1865 (DLF)

**DEFENDANTS' MOTION (1) FOR EXTENSION OF TIME
TO FILE STAUS REPORT AND (2) TO BE RELIEVED OF
THE MEET AND CONFER REQUIREMENTS**

Pursuant to Fed. R. Civ. P. 6(b), Defendants, through and by the undersigned, respectfully move for a thirty-day extension of time to June 2, 2023, to submit a Status Report in this Freedom of Information Act (FOIA) matter.[1] The status report is otherwise due on May 5, 2023. Furthermore, Defendants request that the Court relieve Defendants from the requirement that the parties "meet and confer" before submitting a report on the status of Plaintiff's FOIA requests.

The "meet and confer" requirements under Local Civil Rule 7(m) does not apply here as Plaintiff is currently incarcerated in a federal correctional facility in Yazoo City, Mississippi.

The Court's April 21, 2023 Order directed the parties to confer and file a report to propose a "schedule for further proceedings" of this FOIA case. *See* Apr. 21, 2023 Min. Order. The Order further directed that "[t]he report should address the status of Plaintiff's FOIA request, including

---

[1] Defendants fully acknowledge that they have filed multiple requests for enlargement of time in this case (*see* March 21, 2023 Min. Order); however, this is the first extension request to submit a status report.

the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents." *Id.* The report must be filed by May 5, 2023. *Id.*

There is good cause for the Court to extend the deadline to file the status report and to vacate the requirement that the parties confer. First, the assigned AUSA, Anthony Quinn, experienced a medical emergency on Monday May 1, 2023, and sought medical care for that emergency. The undersigned counsel has learned that AUSA Quinn needs to undergo additional medical evaluation and in fact will meet with a specialist today May 4, 2023. The undersigned counsel is filing this request on AUSA Quinn's behalf. At this time, it is unclear when AUSA Quinn can resume a full-time work schedule. Under these circumstances, Defendants seek a thirty-day extension of time to June 2, 2023, to file the status report in this FOIA case.

Second, Defendants should be relieved from the "meet and confer" obligations imposed by the April 21 Order. Plaintiff is currently incarcerated at the Yazoo City FCI, in Yazoo City, Mississippi, and his expected release date is not until March 30, 2028. *See* https://www.bop.gov/inmateloc/ (last accessed May 4, 2023) (using innate registration number). Although the Yazoo City FCI is a medium security facility, it is not difficult to imagine the logistical difficulties making arrangements to "meet and confer" with Plaintiff on the issues identified in the Court's April 21 Order. Specifically, as with any "joint" statement, there would be a need for several "back and forth" conferences before an agreed upon statement can be finalized for court submission. This requirement arguably imposes a burden on counsel and possibly on the staff at the Yazoo City FCI. Perhaps because of these logistical challenges that Local Civil Rule 7(m) does not impose a duty to confer with incarcerated parties on non-dispositive motions. *See, e.g.,* LCvR 7(m) (the Rule particularly mentions that "[t]he duty to confer also applies to non-incarcerated parties appearing *pro se*," but it is silent on incarcerated parties).

Accordingly, in the context of this FOIA case, involving an incarcerated Plaintiff and multiple federal agencies, Defendants respectfully submits that the Court should adopt the principle underlying Local Civil Rule 7(m) and vacate the "meet and confer" requirement from the April 21 Order.

Even without the "meet and confer" requirement in this case, the Court would not be deprived of the information on the progress of this FOIA case. Defendants can certainly provide periodic status reports to the Court, addressing the items in the April 21 Order. Indeed, Defendants propose submitting a Status Report every 60 days, until the agencies complete processing and releasing responsive, non-exempt information to Plaintiff, if any exists. As the April 21 Order directed, Defendants' periodic status reports shall address "the status of Plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents." Apr. 21, 2023 Min. Order.

For the foregoing reasons, Defendants respectfully request that the Court (1) extend the deadline to June 2, 2023, for Defendants to submit a status report that addresses the items outlined in the April 21, 2023 Minute Order; and (2) vacate the "meet and confer" requirement of that order.

A proposed order is attached herein.

# # #

Dated: May 4, 2023

Respectfully submitted,
MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       //s//
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENZIL E. MCKATHAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>    *Defendant*. | Civil Action No. 21-1865 (DLF) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion (1) for Extension of Time; and (2) to be Relieved of the Meet and Confer Requirement and the entire record herein, it is this ____ day of ____, 2023,

**ORDERED**, that Defendants' motion is **GRANTED**, it is

**ORDERED**, that Defendants shall submit a Status Report on June 2, 2023, that addresses "the status of the plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents; it is

ORDERED that Defendants shall submit a Status Report every 60 days after the June 2, 2023 Status Report; and it is

FURTHER ORDERED that Defendants are RELIEVED from the "meet and confer" requirement in the April 21, 2023 Order for purposes of submitting their periodic Status Reports.

**SO ORDERED**.

_____
**DABNEY L. FRIEDRICH**
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2023, I caused the foregoing Defendant's Motion for Extension of Time and To Be Relieved of the Meet and Confer Requirements to be served on Plaintiff *via* First Class Mail, postage pre-paid, at the following address:

DENZIL E. MCKATHAN
FED. REG. NO. 09015-003
FCI YAZOO CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS  39194

*/s/ John C. Truong*
John C. Truong
Assistant United States Attorney