TABLE OF AUTHORITIES

Page(s)

Cases

*Am. Ctr. for L. & Just. ("ACLJ") v. Dep't of Homeland Sec.*,
   573 F. Supp. 3d 78 (D.D.C. 2021) .................................................................................. 23, 25, 26
*Am. Fed'n of Gov't Emps. ("AFGE") v. De*p't of,
   Com., 907 F.2d 203 (D.C. Cir. 1990) .................................................................................. 23, 24
*Am. Nat'l Ins. Co. v. FDIC*,
   642 F.3d 1137 (D.C. Cir. 2011) .................................................................................................. 12
*Anderson v. Liberty Lobby, Inc.*,
   477 U.S. 242 (1986) ............................................................................................................. 13, 14
*Ashcroft v. Iqbal*,
   556 U.S. 662 (2009) ..................................................................................................................... 13
*Assassination Archives v. C.I.A.*,
   720 F. Supp. 217 (D.D.C. 1989) ........................................................................................... 24, 27
*Banks v. Dep't of Just.*,
   538 F. Supp. 2d 228 (D.D.C. 2008) .......................................................................................... 15
*Bell Atl. Corp. v. Twombly*,
   550 U.S. 544 (2007) ..................................................................................................................... 13
*Borden v. FBI*,
   No. 94-1029, 1994 WL 283729 (1st Cir. June 28, 1994) ........................................................... 23
*Brayton v. Off. of U.S. Trade*,
   *Rep.*, 641 F.3d 521 (D.C. Cir. 2011) ......................................................................................... 14
*Brody v. Dep't of Just.*,
   No. 22-5043, 2023 WL 1511679 (D.C. Cir. Feb. 3, 2023) ....................................................... 26
*Campbell v. Dep't of Just.*,
   164 F.3d 20 (D.C. Cir. 1998) ...................................................................................................... 31
*Celotex Corp. v. Catrett*,
   477 U.S. 317 (1986) ............................................................................................................. 13, 14
*Citizens for Resp. & Ethics in Wash. ("CREW") FEC*,
   711 F.3d 180 (D.C. Cir. 2013) .................................................................................................... 22
*Clarke v. Dep't of Just.*,
   Civ. A. No. 18-2192 (ACR), 2023 WL 2536264 (D.D.C. Mar. 13, 2023) ............................... 31
*Clemente v. FBI*,
   867 F.3d 111 (D.C. Cir. 2017) .................................................................................................... 30
*Cole v. Rochford*,
   285 F. Supp. 3d 73 (D.D.C. 2018) .............................................................................................. 33
*Ctr. for Immigr. Stud. v. U.S. Citizenship & Immigr. Servs.*,
   628 F. Supp. 3d 226 (D.D.C. 2022) ........................................................................................... 26
*Ctr. for Nat. Sec. Stud. v. Dep't of Just.*,
   331 F.3d 918 (D.C. Cir. 2003) .............................................................................................. 20, 21
*Dale v. IRS*,
   238 F. Supp. 2d 99 (D.D.C. 2002) ....................................................................................... passim

*Defenders of Wildlife v. U.S. Border Patrol*,
  623 F. Supp. 2d 83 (D.D.C. 2009) .................................................................. 14
*Kowalczyk v. Dep't of Just.*,
  73 F.3d 386 (D.C. Cir. 1996) ................................................................... 26, 30
*Erickson v. Pardus*,
  551 U.S. 89 (2007) ......................................................................................... 15
*Evans v. Bureau of Prisons*,
  951 F.3d 578 (D.C. Cir. 2020) ...................................................................... 22
*FDIC v. Meyer*,
  510 U.S. 471 (1994) ....................................................................................... 17
*Freedom Watch v. State*,
  925 F. Supp. 2d 55 (D.D.C. 2013) ................................................................ 24
*Freedom Watch, Inc. v. CIA*,
  895 F. Supp. 2d 221 (D.D.C. 2012) ......................................................... 23, 28
*Ground Saucer Watch, Inc. v. CIA*,
  692 F.2d 770 (D.C. Cir. 1981) ...................................................................... 14
*Hainey v. Department of Interior*,
  925 F. Supp. 2d 34 (D.D.C. 2013) ........................................................... 26, 27
*Herbert v. Nat'l Acad. of Scis.*,
  974 F.2d 192 (D.C. Cir. 1992) ...................................................................... 12
*Houchins v. KQED*,
  438 U.S. 1 (1978) ........................................................................................... 20
*In re McCormick & Co., Inc., Pepper Prod. Mktg. & Sales Pracs. Litig.*,
  316 F. Supp. 3d 455 (D.D.C. 2018) .............................................................. 18
*Int'l Counsel Bureau v. Dep't of,*
  *Def.*, 723 F. Supp. 2d 54 (D.D.C. 2010) ...................................................... 24
*Iturralde v. Comptroller of Currency*,
  315 F.3d 311 (D.C. Cir. 2003) ...................................................................... 30
*Jean-Pierre v. Fed. Bureau of Prisons*,
  880 F. Supp. 2d 95 (D.D.C. 2012) ........................................................... 13, 15
*Jud. Watch, Inc. v. Exp.-Imp. Bank*,
  335 F. Supp. 19 (D.D.C. 2000) ..................................................................... 32
*Keys v. Dep't of Homeland Sec.*,
  Civ. A. No. 08-726, 2009 WL 614755 (D.D.C. Mar. 10, 2009) ............... 29, 30
*Krohn v. Dep't of Just.*,
  628 F.2d 195 (D.C. Cir. 1980) ...................................................................... 27
*Lane v. Pena*,
  518 U.S. 187 (1996) ....................................................................................... 17
*Latham v. Dep't of Just.*,
  658 F. Supp. 2d 155 (D.D.C. 2009) .............................................................. 26
*Long v. Dep't of Just.*,
  10 F. Supp. 2d 205 (N.D.N.Y. 1998) ............................................................ 32
*Lujan v. Defenders of Wildlife*,
  504 U.S. 555 (1992) ....................................................................................... 12
*Marks v. Dep't of Just.*,
  578 F.2d 261 (9th Cir. 1978) ........................................................................ 30

*Marshall Cnty. Health Care Auth. v. Shalala*,
  988 F.2d 1221 (D.C. Cir.  1993) ............................................................... 23

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*,
  475 U.S. 574 (1986) ................................................................................ 14

*Maydak v. Dep't of Just.*,
  254 F. Supp. 2d 23 (D.D.C. 2003) ..................................................... 15, 25

*McGehee v. CIA*,
  697 F.2d 1095 (D.C. Cir. 1983) ............................................................. 14

*McGehee v. Dep't of Just.*,
  362 F. Supp. 3d 14 (D.D.C. 2019) ......................................................... 35

*McKathan v. United States*,
  969 F.3d 1213 (11th Cir. 2020)..................................................... 4, 5, 18

*McKathan v. United States*,
  2021 WL 8053512 (11th Cir. Nov. 30, 2021) .......................................... 5

*McNeil v. United States*,
  508 U.S. 106 (1993) ................................................................................ 15

*Media Rsch. Ctr. v. Dep't of Just.*,
  818 F. Supp. 2d 131 (D.D.C. 2011) ....................................................... 14

*Metlife, Inc. v. Fin. Stability Oversight Council*,
  865 F.3d 661 (D.C. Cir. 2017) ................................................... 17, 18, 19

*Nat'l Indian Gaming Comm'n*,
  467 F. Supp. 2d 40 (D.D.C. 2006) ......................................................... 32

*Nat'l Sec. Couns. v. C.I.A.*,
  960 F. Supp. 2d 101 (D.D.C. 2013) ....................................................... 16

*Nat'l Sec. Couns. v. CIA*,
  898 F. Supp. 2d 233 (D.D.C. 2012) ....................................................... 23

*Nat'l Sec. Couns. v. CIA*,
  969 F.3d 406 (D.C. Cir. 2020) ................................................... 24, 26, 28

*Neese v. Dep't of Just.*,
  Civ. A. No. 19-1098 (CJN), 2022 WL 898827 (D.D.C. Mar. 28, 2022) ............... 31

*Nixon v. Warner Commc'ns, Inc.*,
  435 U.S. 589 (1978)........................................................................... 17, 18

*NRDC, Inc. v. NRC*,
  216 F.3d 1180 (D.C. Cir. 2000) ............................................................. 33

*Oglesby v. Dep't of Army*,
  920 F.2d 57 (D.C. Cir. 1990) ........................................................... 30, 32

*Perry v. Block*,
  684 F.2d 121 (D.C. Cir. 1982) ............................................................... 14

*Pinson v. Dep't of Just.*,
  975 F. Supp. 2d 20 (D.D.C. 2013) ......................................................... 33

*Press-Enter. Co. v. Super. Ct. of Cal. for Riverside Cnty.*,
  478 U.S. 1 (1986) .................................................................................... 20

*Richmond Newspapers, Inc. v. Virginia*,
  448 U.S. 555 (1980) ................................................................................ 20

*S.E.C. v. Am. Int'l Grp.*,
  712 F.3d 1 (D.C. Cir. 2013) ....................................................... 19, 21, 25, 30

*SafeCard Servs., Inc. v. SEC,*
    926 F.2d 1197 (D.C. Cir. 1991) ............................................................ 14, 30
*Schoenman v. F.B.I.,*
    604 F. Supp. 2d 174 (D.D.C. 2009) ............................................................ 34
*Schwarz v. Dep't of Treasury,*
    131 F. Supp. 2d 142 (D.D.C. 2000) ........................................................ 33, 34
*Seattle Times Co. v. Rhinehart,*
    467 U.S. 20 (1984) .................................................................................... 5, 7
*Tao v. Freeh,*
    27 F.3d 635 (D.C. Cir. 1994) ...................................................................... 13
*Thomas v. Principi,*
    394 F.3d 970 (D.C. Cir. 2005) .................................................................... 12
*Truitt v. Dep't of State,*
    897 F.2d 540 (D.C. Cir. 1990) .................................................................... 30
*United States ex rel. Touhy v. Ragen,*
    340 U.S. 462 (1951) .................................................................................... 16
*United States v. Hubbard,*
    650 F.2d 293 (D.C. Cir. 1980) ................................................................ 17, 18
*United States v. McKathan,*
    Crim. No. 14-0290, 2021 WL 707651 (S.D. Ala. Feb. 23, 2021) ................ 18
*United States v. Ring,*
    47 F. Supp. 3d 38 (D.D.C. 2014) .................................................................. 5
*Valencia-Lucena v. U.S. Coast Guard,*
    180 F.3d 321 (D.C. Cir. 1999) .................................................................... 30
*Vaughn v. Rosen,*
    484 F.2d 820 (D.C. Cir. 1973) ................................................................ 33, 34
*Vest v. Dep't of Air Force,*
    793 F. Supp. 2d 103 (D.D.C. 2011) ............................................................ 29
*Wiggins v. Hitchens,*
    853 F. Supp. 505 (D.D.C. 1994) ................................................................ 13
*Wilbur v. C.I.A.,*
    355 F.3d 675 (D.C. Cir. 2004) .................................................................... 32

Statutes

5 U.S.C. § 552 .......................................................................................... 4
5 U.S.C. § 552(a)(3)(A) .......................................................................... 22
18 U.S.C. § 2252A(a) ................................................................................ 4
18 U.S.C. § 2252A(a)(2)(A) ...................................................................... 4
18 U.S.C. § 2252A(a)(5)(B) ...................................................................... 4
28 U.S.C. § 2255 .................................................................................... 4, 5
5 U.S.C. § 551(1)(b) ................................................................................ 15

Rules

Fed. R. Civ. P. 56(a) ................................................................................ 13
Fed. R. Civ. Proc. 8(a)(2) ........................................................................ 13

Federal Rules of Civil Procedure 12(b)(1)..................................................................... 3, 12
Rule 12(b)(1) or 12(b)(6) ................................................................................................ 15
Rule 12(b)(6) .............................................................................................................. 13, 23

Regulations

6 C.F.R. § 5.3(b) ............................................................................................................ 28
6 C.F.R. § 5.3(c) ............................................................................................................. 28